**Order entered July 27, 2105**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01446-CV

---

## IN RE XTO ENERGY INC., TIMBERLAND GATHERING & PROCESSING COMPANY, INC., AND BANK OF AMERICA, N.A., Relators

---

### Original Proceeding from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-00612

---

## ORDER

Before Justices Bridges, Fillmore, and Evans

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT IN PART** relators' petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Phyllis Lister Brown, to vacate her order of May 22, 2014 denying relators' special exceptions and render an order granting relators' special exceptions, dismissing Sandra G. Goebel's claims against XTO Energy Inc. and Timberland Gathering & Processing Company, Inc., and ordering Sandra G. Goebel to replead her claims against Bank of America, N.A. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order.

We **DENY** relators' petition for writ of mandamus to the extent it seeks dismissal of Sandra G. Goebel's claims against Bank of America, N.A.

We **ORDER** relators, XTO Energy Inc., Timberland Gathering & Processing Company, Inc., and Bank of America , N.A. and the real party in interest, Sandra G. Goebel, to bear their own costs of this original proceeding.

/s/    DAVID EVANS
        JUSTICE